UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-064 (ECW)

STATE OF MINNESOTA   )
                     )  ss.
COUNTY OF HENNEPIN   )

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Richard Berger, being duly sworn, do hereby state as follows:

**INTRODUCTION & AGENT BACKGROUND**

1.  I am Special Agent with the U.S. Homeland Security Investigations, Department of Homeland Security (HSI) and have been so employed since September 2009. I am a graduate of the Federal Law Enforcement Training Center, which consisted of the Criminal Investigator Training Program, and U.S. Immigration and Customs Enforcement Special Agent Training.

2.  Prior to working with HSI, I was employed as a U.S. Customs and Border Protection Officer for approximately four years. During my career, I have conducted and participated in multiple investigations involving the unlawful importation and the distribution of controlled substances, the assault and hinderance of federal officers while engaged in the performance of their official duties, fraud and identity theft violations, export violations, financial crimes, illegal alien smuggling and human trafficking violations, child pornography, and various immigration violations. During these investigations,

I have conducted physical surveillance, executed arrest and search warrants, reviewed tape-recorded conversations, and personally interviewed numerous sources of information as well as confidential sources.

3. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Lamarquita Gesime LEACH for forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with officers in performance of their official duties, in violation of Title 18, United States Code, Section 111(a).

4. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings. This affidavit does not include all of the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

5. On January 13, 2026, at approximately 2:30 p.m., Special Agents from HSI St. Paul were made aware of a black female that threw rocks as two federal government vehicles entering the Whipple Federal Building parking lot. The vehicles were driven by federal government employes during and in the course of their official duties. The first vehicle was a dark in color Chevrolet Suburban, and the second vehicle was a dark in color Dodge Charger.

6. Agents watched a recording of a news channel broadcast via Youtube. The channel was DRM News, and the video was labeled as LIVE: Minneapolis Protesters Rally Against ICE After Fatal Shooting of Renee Good DRM New AC1F. The video was recorded live on January 13, 2026, outside the Whipple Federal Building parking lot from earlier that day.

7. Agents observed in the video a black female, later identified as Lamarquita Gesime LEACH, dressed green pants, a black jacket, a black hat, and a wearing black backpack. LEACH can be observed in the video throwing a rock at a dark in color Chevrolet Suburban as it entered the Whipple Federal Building. Agents were able to hear a rock strike that Suburban. Another vehicle, a dark in color Dodge Charger, passed by LEACH as the vehicle entered the Whipple Federal Building. LEACH threw two rocks at that Charger. Both the Suburban and the Charger matched the description of the government vehicles, driven by government employees, at which rocks were thrown while entering the Whipple Federal Building.

8. Agents located LEACH in the back of the crowd and arrested her for violation of Title 18, United States Code, Section 111(a). During an inventory search LEACH's black backpack agents discovered the following items: green knife, can of butane fuel, (2) grey rocks, a megaphone, and (40) whistles.

9. LEACH is no longer in custody.

3

## CONCLUSION

10. Based on the information set forth above, there is probable cause to believe that the Defendant Lamarquita Gesine LEACH forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with federal employees in performance of their official duties, in violation of Title 18, United States Code, Section 111(a).

Further your Affiant sayeth not.

Richard Berger
Special Agent, HSI

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
January 23, 2026

ELIZABETH COWAN WRIGHT
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA

January 27, 2026